UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2006 DEC -8 AM 9:19
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>ALBERTO MARIN-ALBA,<br><br>               Defendant. | CASE NO. 05CR1976-LAB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

 X  the Court has granted the motion of the defendant for dismissal with prejudice; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

 X  of the offense(s) of: **8:1326 - DEPORTED ALIEN FOUND IN THE UNITED STATES.**

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/4/06

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

ENTERED ON _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 05CR1976-LAB |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Hilberto Marin-Alba | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 12/4/06 _____

the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

✓ _____ Case Dismissed. with prejudice

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

LARRY A. BURNS

UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE

OR

W. SAMUEL HAMRICK, JR.    Clerk

by _____ Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)    ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY